UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
HON. Lynn Adelman, presiding

SENTENCING MINUTES

DATE: 4/29/14
CASE NO.: 13 CR 112
UNITED STATES v. Monique White

Dep. Clerk: JDeitrich
Ct. Reptr.: Sheryl
Time Called: 2:01
Time Concluded: 2:29

United States By: Bridget Domaszek
Probation Officer: Jim Fetherston
Interpreter: ☐ Sworn

Deft. Monique White in person, and by Attorney Dan Meylink

---

### Custody of Bureau of Prisons
___ months on Count(s) ___
___ months on Count(s) ___

to run concurrently/consecutively
for a total of _____ months

### ~~Supervised Release~~/Probation
3 years on Count(s) ___
___ years on Count(s) ___

to run concurrently/consecutively
for a total of _____ years

Court's recommendation to Bureau of Prisons: _____

COUNT(S) DISMISSED on motion of Government: _____

### Special Conditions of Supervised Release/Probation

☐ report within 72 hours of release
☒ no firearms or other dangerous weapons
☒ no illegal possession, use of controlled substances  std. tests
☐ community correction center for ___
☐ cooperate with I.N.S.
☐ submit to search by p.o.
☐ program of drug & alcohol testing and treatment as p.o. directs; no alcohol; pay cost of program as p.o. directs
☐ no work at or patronizing taverns
☐ pay restitution/fine balance at $___/month; apply all tax refunds to restitution/fine; change tax exemptions only if p.o. oks

☐ if job with fiduciary duties, report conviction to employer; self-employment with fiduciary duties only if p.o. oks
☐ no major financial transactions unless p.o. oks (likewise new lines of credit or using current lines of credit)
☐ financial disclosure; file all taxes
☐ attend to child support
☐ cooperate with I.R.S.
☐ DNA collection
☒ other: mental health treatment
X  10 hrs cs/yr, total 30
X  6 months home confinement

FINE: $_____ on Count(s) _____.
   Terms:

   ☒ Fine waived or reduced due to defendant's inability to pay.
   ☐ Interest on fine waived.
   ☐ Deft. to participate in FBP Inmates' Financial Responsibility Program

COSTS of incarceration, community confinement and supervision
   ☐ WAIVED     ☐ IMPOSED

RESTITUTION: $_____ Payee: _____
   Terms:

   ☐ Interest on restitution waived.
   ☐ Deft. to participate in FBP Inmates' Financial Responsibility Program

SPECIAL ASSESSMENT: $ 100 on Count(s) _____.
   ☒ To be paid immediately.
   ☐ To be paid prior to close of business day.
   ☐ To be paid prior to expiration of this sentence.
   ☐ Other:

FORFEITURE:

CUSTODY STATUS:
   ☐ Defendant remanded to custody of U.S. Marshal.
   ☐ Execution of sentence stayed until _____
   ☐ Voluntary surrender to institution.

☒ Defendant advised of right to appeal.

OTHER:

## STATEMENT OF REASONS

☒ The Court adopts the factual findings and guideline application in the presentence report

or

☐ The Court adopts the factual findings and guideline application in the presentence report except:

Advisory Guideline Range Determined by the Court:

Total Offense Level: 25
Criminal History Category: I
Imprisonment Range: 57 to 71 months
Supervised Release Range: ___ to 3 years
(Probation Range: ___ to ___ years)
Fine Range: $10,000 to $1,000,000

Restitution: $_____ ☐ Full restitution is not ordered for the following reasons:

☐ The sentence is within the guideline range.

or

☒ The court departs from the guideline range
    ☒ Upon motion of the government, as a result of defendant's substantial assistance.
    ☐ For the following reason(s): 8 levels

or

☒ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).